UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**<u>FILE IN SACRAMENTO</u>**

| | |
|---|---|
| WILLIS RANDOLPH, ) | Civ. F-93-5604-REC/JFM-P |
| Petitioner, ) | |
| ) | ORDER RE: ISSUANCE |
| vs. ) | OF SUBPOENAS |
| ) | |
| JAMES HAMLET, ET AL. ) | |
| ) | Judge: John F. Moulds |
| Respondent. ) | |
| _____) | |

For Good Cause Shown, and pursuant to Rule 6 of the Rules Governing Section 2254 Cases and Rule 17(b) of the Federal Rules of Criminal Procedure, IT IS HEREBY ORDERED that counsel for Petitioner Willis Randolph shall issue subpoenas duces tecum as follows:

1. To the Custodian of Records for the San Francisco Regional Office of the California Bureau of Narcotics Enforcement ("BNE") to produce current contact information (home address and telephone number) for BNE Agent Frank Martinez;

2. To the Custodian of Records for the Fresno County Sheriff's Office for all classification, housing location, and movement records pertaining to Ronnie Dewayne Moore for 1989;

1    3. To the Custodian of Records for the Fresno County Jail Records Dept. for
2 all classification, housing location, and movement records pertaining to Ronnie
3 Dewayne Moore for 1989.
4    Also for Good Cause Shown and pursuant to Rule 6 of the Rules Governing
5 Section 2254 Cases, IT IS FURTHER ORDERED that the Deputy Attorney General
6 Janis McLean, counsel for respondent, shall issue subpoenas duces tecum as follows:
7    4. To the Custodian of Records for the Fresno County Public Defender's
8 Office, for any letter in their files on Ronnie Dewayne Moore for Fresno County
9 Superior Court case nos. 379032-6, 377906-3, 398038-0, and 402459-2,  dated in
10 1989, directed to a party other than the public defender, that pertains to Willis
11 Randolph or to Mr. Moore's request for leniency in his 1989 criminal case;
12    5. To the Custodian of Records for Fresno County Public Defender's Office
13 for any information and/or documents, excluding information covered by the
14 attorney-client privilege, contained in the files for Ronnie Dewayne Moore, Fresno
15 County Superior Court case nos. 379032-6, 377906-3, 398038-0, and 402459-2,
16 detailing:
17    a. The date and description of all case-related events, including, but not
18 limited to those involving contacts or meetings between Ronnie Dewayne Moore and
19 representatives of the Fresno County District Attorney's Office, occurring in August
20 1989.
21    b. The receipt and handling of a letter written by Ronnie Dewayne Moore
22 directed to the Fresno County District Attorney's Office in August 1989.
23    c. The classification, placement and movement of Ronnie Dewayne Moore
24 within the Fresno County Jail; and
25    6. To the Custodian of Records for the Fresno County Alternate Public
26 Defender's Office for any information, excluding information covered by the
27 attorney-client privilege, contained in their files for Ronnie Dewayne Moore, Fresno
28

County Superior Court case nos. 379032-6, 377906-3, 398038-0, and 402459-2, detailing:

    a. The date and description of all case-related events, including, but not limited to those involving contacts or meetings between Ronnie Dewayne Moore and representatives of the Fresno County District Attorney's Office, occurring in August 1989.

    b. The receipt and handling of a letter written by Ronnie Dewayne Moore to the Fresno County District Attorney's Office in August 1989.

    c. The classification, placement and movement of Ronnie Dewayne Moore within the Fresno County Jail.

    d. The name of the duty attorney and other attorneys from this office who were present on August 17, 1989 in Department 13 of the Sacramento County Superior Court.

DATED: May 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

rand5604.dis2