1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                       FOR THE EASTERN DISTRICT OF CALIFORNIA

10   WILLIS RANDOLPH,

11            Petitioner,                         No. CIV F-93-5604 REC JFM P

12        vs.

13   JAMES HAMLET, et al.,                        ORDER

14            Respondents.

15   _____/

16            Pursuant to court order, this matter came on for further status conference on

17   September 8, 2005.  Suzanne Luban, Esq., participated by telephone conference as counsel for

18   petitioner.  Janis Shank McLean, Deputy Attorney General, appeared as counsel for respondents.

19            After hearing, and good cause appearing, THE COURT MADE THE

20   FOLLOWING ORDERS AND ANNOUNCED THEM TO THE PARTIES IN OPEN COURT:

21            1.  This matter is set for evidentiary hearing on December 6, 2005 at 10:00 a.m. in

22   Courtroom # 26.

23            2.  The report of petitioner's expert shall be provided to counsel for respondents

24   on or before November 1, 2005.

25            3.  Any motion to exclude the expert's testimony shall be filed on or before

26   November 7, 2005 and noticed for hearing on shortened time on this court's regular law and

                                             1

1  motion calendar on November 17, 2005 at 11:00 a.m.  Opposition to such motion shall be filed

2  and served on or before November 14, 2005, and reply thereto may be offered orally at the

3  hearing.

4  DATED:  October 11, 2005.

5

6  _____
   UNITED STATES MAGISTRATE JUDGE

7

8  12
   rand5604.oah3

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26