SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555

Attorney for Petitioner
WILLIS RANDOLPH

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**File in Sacramento**

| | |
|---|---|
| WILLIS RANDOLPH, ) | Civ. F-93-5604-REC/JFM-P |
| Petitioner, ) | |
| vs. ) | STIPULATION AND ORDER |
| ) | CONTINUING EVIDENTIARY HEARING TO 1/31/2006 |
| JAMES HAMLET, ET AL. ) | |
| Respondent. ) | |
| _____ ) | Judge: Hon. John F. Moulds |

The Court has recently granted approval for petitioner to retain law enforcement expert Kenneth Barnes. Petitioner intends to call Mr. Barnes as an additional expert witness. Mr. Barnes is unavailable on December 6, 2005, the date currently set for the evidentiary hearing, because he will be administering final exams to his students. However, both of petitioner's experts and counsel for both sides are available on January 31, 2006, as are the parties and the Court. Petitioner is incarcerated at CMF Vacaville. Therefore the parties hereby stipulate that this Court shall enter an order modifying the schedule for the evidentiary hearing and related disclosures as follows:

   1. Petitioner shall provide all expert witness disclosures required by Federal Rule of Civil Procedure 26(a)(2) as to Leslie White by November 15, 2005, and as to Kenneth Barnes by December 1, 2005;

   2. Any objection by respondent relating to these expert witnesses shall be

1

filed by December 7, 2005, and any response by petitioner shall be filed by December 12, 2005;

   3. A hearing on any such objections shall be held on December 15, 2005 at 10 a.m. If no objections have been raised or if all objections have been resolved, the parties shall contact the Court's deputy clerk by December 8, 2005 to inquire whether there is a need for a hearing in advance of the evidentiary hearing;

   4. By December 15, 2005, both sides shall file witness lists;

   5. By December 30, 2005, both sides shall disclose to opposing counsel all exhibits, and shall designate any rebuttal witnesses who could not reasonably be anticipated by the December 15, 2005 filing;

   6. By December 30, 2005, respondent shall make all expert witness disclosures required by Fed.R.Civ.P. 26(a)(2) as to any expert witnesses;

   7. Any party wishing to call an incarcerated witness shall file all necessary writ documents to secure the attendance of that witness by December 30, 2005;

   8. The evidentiary hearing currently set for December 6, 2005 shall be continued to January 31, 2006 at 9:00 a.m.

               Respectfully submitted,

DATED: November 2, 2005       /S/ Suzanne A. Luban
                 SUZANNE A. LUBAN
                 Attorney At Law
                 Counsel for Petitioner

DATED: November 2, 2005       /S/ Janis McLean
                 JANIS SHANK McLEAN
                 Deputy Attorney General
                 Counsel for Respondent

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

For Good Cause Shown, IT IS SO ORDERED.

DATED:  November 9, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

rand5604.ehcon