1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10  WILLIS RANDOLPH,

11            Petitioner,                 No. CIV F-93-5604 REC JFM P

12      vs.

13  JAMES HAMLET, et al.,                 ORDER

14            Respondents.

15  _____/

16            This matter came on for telephonic conference on December 14, 2005.  Suzanne

17  Luban, Esq., appeared as counsel for petitioner.  Janis Shank McLean, Deputy Attorney General,

18  appeared as counsel for respondents.  After hearing, and good cause appearing, IT IS HEREBY

19  ORDERED that:

20            1.  The evidentiary hearing set in this matter is continued from January 31, 2006

21  to February 22, 2006 at 9:00 a.m. in Courtroom # 26.

22            2.  Petitioner's December 12, 2005 motion to continue the briefing schedule on

23  respondents' December 7, 2005 objections is granted;

24            3.  Petitioner's response to respondents' objections shall be filed and served on or

25  before February 8, 2006.

26  /////

                                            1

4.   Any reply to petitioner's response shall be filed on or before February 21, 2006.

5.   The previously set dates of December 15, 2005 for exchange of witness lists and December 30, 2005 for exchange of exhibit lists are confirmed.

6.   Petitioner's unopposed request for leave to subpoena regulations and statistical information is granted.

DATED:  December 14, 2005.


_____
UNITED STATES MAGISTRATE JUDGE

12
rand5604.oah4