IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIS RANDOLPH,

    Petitioner,   No. CIV F-93-5604 REC JFM P

    vs.

JAMES HAMLET, et al.,   ORDER

    Respondents.

_____/

    Petitioner is a state prisoner proceeding through counsel with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On January 5, 2006 petitioner filed pro se a request to appear at the evidentiary hearing set for February 22, 2006.  Petitioner is represented by counsel.  For that reason, the court will not act on petitioner's pro se request.  Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to send a copy of petitioner's January 5, 2006 letter to his attorney of record.

DATED:  January 24, 2006.

UNITED STATES MAGISTRATE JUDGE

12; rand5604.let