1  SUZANNE A. LUBAN
   Attorney at Law
2  State Bar No.: 120629
   3758 Grand Ave. #4
3  Oakland, California 94610
   Telephone 510/832-3555
4
   Attorney for Petitioner
5  WILLIS RANDOLPH

6
                UNITED STATES DISTRICT COURT
7
             FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   WILLIS RANDOLPH,              )    Civ. F-93-5604-REC/JFM-P
10                               )
                Petitioner,      )
11                               )
        vs.                      )    PROTECTIVE ORDER
12                               )
                                 )
13 JAMES HAMLET, Warden,         )
                                 )
14              Respondent.      )
   _____)
15

16      For Good Cause and pursuant to stipulation, IT IS HEREBY ORDERED that

17 petitioner and his attorney and their agents shall comply with the terms of the

18 Stipulation for Protective Order filed on January 17, 2006.

19 DATED:  January 25, 2006.

20

21                                    _____
                                      UNITED STATES MAGISTRATE JUDGE
22

23
   12
24 rand5604.po2

25

26

27

28