IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIS RANDOLPH,

    Petitioner,               No. CIV F-93-5604 REC JFM P

    vs.

JAMES HAMLET, et al.,           ORDER

    Respondents.

_____/

    This matter came on for telephonic conference on February 3, 2006. Suzanne Luban, Esq., participated as counsel for petitioner. Janis Shank McLean, Deputy Attorney General, participated as counsel for respondents.

    After hearing, and good cause appearing, IT IS HEREBY ORDERED that the evidentiary hearing set in this matter is continued from February 22, 2006 to March 30, 2006 at 9:00 a.m. in Courtroom # 26.

DATED: February 6, 2006.

                                    UNITED STATES MAGISTRATE JUDGE

12;rand5604.oah5