1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIS RANDOLPH,** | CIV F-93-5604 REC JFM P (Sacramento) |
| Petitioner, | **PROTECTIVE ORDER** |
| v. | |
| **JAMES HAMLET, et al.,** | |
| Respondents. | |

    For Good Cause, IT IS HEREBY ORDERED that Petitioner, Respondent, and their attorneys and agents shall comply with the following provisions as to the documents listed in the request for a protective order:

    1.    Petitioner, Respondent, the attorneys for Petitioner or Respondent, and anyone acting in concert with them, is ordered not to copy, transfer, publish, or distribute the classification documents for which discovery is granted, except as to conveying, transferring, publishing, or distributing the documents solely between the parties to the proceeding or to their respective attorneys during the pendency of this case and to the Court filed under seal.

2. Petitioner, Respondent, the attorneys for Petitioner or Respondent, and anyone acting in concert with them is further ordered to return all copies of that document at the final conclusion of this proceeding to the Detention Bureau's counsel.

DATED: March 13, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

/rand5604.po3