IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WILLIS RANDOLPH,** | CIV F-93-5604 REC JFM P (Sacramento) |
| Petitioner, | **ORDER GRANTING DISCOVERY PURSUANT TO HABEAS RULE 6** |
| v. | |
| **JAMES HAMLET, et al.,** | |
| Respondents. | |

For good cause, IT IS HEREBY ORDERED that Respondent Hamlet's request for discovery pursuant to Habeas Corpus Rule 6 be granted as to the following specific items in the possession of the Fresno County Detention Bureau:

1. The Detention Bureau classification screens for Ronnie Moore covering September 6-7, 1989;

2. The Detention Bureau classification screens for Willis Randolph from January 1986 through September 1989;

3. The Detention Bureau classification screens for Manual Bertao from January 1986 through September 1989; and

4. The Detention Bureau classification screens for Leslie Vernon White.

DATED: March 15, 2006.

                              UNITED STATES MAGISTRATE JUDGE

/rand5604.dis