UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| WILLIS RANDOLPH, | ) | Civ. F-93-5604-LJO/JFM-P |
| Petitioner, | ) | |
| vs. | ) | |
| JAMES HAMLET, ET AL. | ) | |
| Respondent. | ) | |
| _____ | ) | Judge: Hon. Lawrence J. O'Neill |

For Good Cause Shown, IT IS HEREBY ORDERED that the time for the parties to file objections to the Magistrate Judge's Findings and Recommendations filed on February 28, 2008 shall be extended to April 18, 2008, with optional replies to be filed within ten days thereafter.

IT IS SO ORDERED.

**Dated:   March 7, 2008**              /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE