1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIS RANDOLPH, | ) 1:93-CV-05604 LJO JFM P |
| | ) |
| Petitioner, | ) ORDER GRANTING LEAVE TO PROCEED |
| | ) IN FORMA PAUPERIS |
| | ) [Doc. #277] |
| v. | ) |
| | ) ORDER DISMISSING MOTION FOR |
| | ) APPOINTMENT OF COUNSEL |
| JAMES HAMLET, Warden, | ) [Doc. #277] |
| | ) |
| Respondent. | ) ORDER DIRECTING CLERK OF COURT TO |
| | ) PROCESS APPEAL TO NINTH CIRCUIT |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On May 9, 2008, the Court issued an order which adopted the Magistrate Judge's Findings and Recommendation in full, denied the petition with prejudice, directed the Clerk to enter judgment, and declined issuance of a certificate of appealability. Judgment was entered the same date.

On May 15, 2008, Counsel for Petitioner filed a notice of appeal, request for leave to proceed in forma pauperis and request for appointment of counsel. As to Petitioner's notice of appeal, the Court has declined to issue a certificate of appealability. The Clerk of Court is

DIRECTED to process the appeal accordingly. Inasmuch as Petitioner was granted leave to proceed in forma pauperis on September 27, 1993, pursuant to Rule 24(a)(3) of the Federal Rules of Appellate Procedure, Petitioner's motion to proceed in forma pauperis on appeal is GRANTED. Petitioner's request for appointment of counsel must be dismissed. As noted above, judgment was entered in this case on May 9, 2008, and the matter before this Court is terminated. Petitioner is advised that he may renew his motion before the Ninth Circuit Court of Appeals.

## ORDER

Accordingly, IT IS HEREBY ORDERED:

1) Petitioner's request to proceed in forma pauperis on appeal is GRANTED;

2) Petitioner's request for appointment of counsel is DISMISSED; and

3) The Clerk of Court is DIRECTED to process the appeal to the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

**Dated:    May 19, 2008**                                  /s/ Lawrence J. O'Neill
                                                      UNITED STATES DISTRICT JUDGE